IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER CRISP, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 11-1690 |
| | § § § | |
| VANCO EXPLORATION COMPANY | § § | |
| Defendant. | § | |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Defendant, Vanco Exploration Company, makes the following disclosure of financially interested parties. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities may be financially interested in the outcome of this litigation. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Jennifer Crisp (Plaintiff)

2. Albert Van Huff (Plaintiff's Counsel)
   Monshaugen & Van Huff, P.C.
   1225 North Loop West, Suite 640
   Houston, Texas 77008

3. Vanco Exploration Company, Inc. (Defendant). Defendant is a privately held corporation. No publicly traded entity owns 10% or more of Defendant.

Respectfully submitted,

By: /s/ Teresa S. Valderrama
Teresa S. Valderrama
Texas Bar No. 20422500
Southern District No. 10687
JACKSON LEWIS LLP
Wedge International Tower
1415 Louisiana, Suite 1325
Telephone: (713) 568-7868
Facsimile: (713) 650-0405
valderrt@jacksonlewis.com

ATTORNEY IN CHARGE FOR DEFENDANT
VANCO EXPLORATION COMPANY

OF COUNSEL:

Virginia Mixon Swindell
Texas Bar No. 00794711
Southern District No. 20303
swindelv@jacksonlewis.com
JACKSON LEWIS LLP
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

## Certificate of Service

I certify that the preceding Defendant's Rule 7.1 Disclosure And Certificate of Interested Parties was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas, Houston Division, on May 31, 2011, and has been served on Plaintiff's counsel pursuant to the Court's e-filing protocols.

Virginia M. Swindell

4829-5194-0873, v. 1